**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN DOE,<br><br>                                   Plaintiff,<br><br>      *– versus –*<br><br>UNITED STATES OF AMERICA and U.S.<br>DEPARTMENT OF STATE,<br><br>                    Defendants. | **Case No.** 1:21-cv-1697-TSC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY**<br>**DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by and through

undersigned counsel, hereby voluntarily dismisses without prejudice the above-captioned action.

*See also* Fed. R. Civ. P. 41(a)(1)(B).  This notice is self-executing.  *See Randall v. Merrill Lynch*,

820 F.2d 1317, 1320 (D.C. Cir. 1987).

Dated:  January 24, 2022                               Respectfully submitted,

                                    /s/ Kathryn Austin
                                   Kathryn Austin (D.D.C. Bar No. NY0331)
                                   Deepa Alagesan (D.D.C. Bar No. NY0261)
                                   Alexandra Zaretsky (D.D.C. Bar No. NY0434)
                                   Lamya Agarwala (D.D.C. Bar No. NY027)
                                   Mariko Hirose (D.D.C. Bar No. NY0262)
                                   INTERNATIONAL REFUGEE
                                     ASSISTANCE PROJECT
                                   One Battery Park Plaza
                                   4th Floor
                                   New York, New York 10004
                                   Telephone: (516) 296-0688

                                   *Attorneys for Plaintiff*